*11091686*
*$246.93*
*4/20/11*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

MATTHEW T. SHORT  B-07-03120-B

Debtor

IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: CLC Consumer Services, 2730 Liberty Avenue, Pittsburgh, PA 15222

AND IT

FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $246.93 representing unclaimed funds belonging to the above-named creditor.

Dated: April 15, 2011

ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE


FILED
APR 20 2011
BANKRUPTCY COURT
BUFFALO, NY